UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Inmar A. Mendoza Diaz<br><br>Defendant. | Criminal Action No. 16-515 (JMV)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 18th day of November, 2016,

**ORDERED** that Linda Foster from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

s/ 
John Michael Vazquez, U.S.D.J.