# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America              :         Criminal No. 16-515 (JMV)

                                      :

v.                                    :         **ORDER OF DETENTION**

Inmar A. Mendoza Diaz
        Defendant.                    :

The United States Marshal Service is directed to take defendant, Inmar A. Mendoza Diaz into their custody pending resolution of this matter.

SO ORDERED.

_____
JOHN MICHAEL VAZQUEZ, U.S.D.J.

Date: 11/18/16